WHB:mt                       UNITED STATES DISTRICT COURT
                             SOUTHERN DISTRICT OF FLORIDA

                        CASE NO. 08-20455-CR-MARTINEZ/BROWN

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

JOSE LUIS HERNANDEZ,
DANIEL ABREU, and
RAFAEL SANCHEZ,

                    Defendants.
_____/

                    **PRELIMINARY ORDER OF FORFEITURE**

        THIS CAUSE is before the Court upon motion of the United States for entry of a

preliminary order of forfeiture. Being fully advised in the premises and the record in this matter

and for good cause shown thereby, the Court finds as follows:

        1.      On May 29, 2008, a federal grand jury returned the Indictment charging Daniel

Abreu, (hereinafter referred to as "defendant") with, inter alia, violation of Title 18, United

States Code, Sections 2315, 2342, & 371, etc.

        2.      The Indictment further sought the forfeiture of any property, real or personal,

which constitutes or is derived from proceeds traceable to defendant's violations, pursuant to

Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section

981(1)(C).

        3.      On August 28, 2008, defendant  entered into a  plea agreement with the United

States and agreed to plead  guilty to Count I of the Indictment and the violations of Title 18,

                                        1

United States Code, Sections 2342(a) & 2315.

4.     In his plea agreement, at page 6, paragraph 12, defendant agreed to forward to the United States of America a certified check for $85,000.00 to satisfy the forfeiture allegations of the indictment.

5.     Based upon the record set forth in the plea colloquy and the terms of the plea agreement, the United States has established the requisite nexus between the property and the offense to which the defendant pled guilty to.

Therefore, in consideration of the record in this matter, and for good cause shown thereby, it is hereby:

ORDERED that

1.     Defendant Daniel Abreu shall forward to the United States of America a certified check for $85,000.00 payable to the United States Marshals Service, within 30 days of this order. The $85,000.00 in United States currency, is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C).

2.     The United States Marshals Service, or any duly authorized law enforcement official, may seize and take custody of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853(g);

3.     The United States shall publish notice of this Order at www.forfeiture.gov as required by Title 21, United States Code, Section 853(n). The United States shall state in the notice that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the

2

petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought;

      4.     The United States shall provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice; and

      5.     The United States is further authorized, pursuant to Title 21, United States Code, Section 853(m) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

It is further ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to Title 21, United States Code, Section 853(n)(7), this Order shall be deemed a final order of forfeiture, and the United States Marshals Service, or any duly authorized law enforcement official, shall dispose

of the property forfeited hereunder according to law.

DONE AND ORDERED in Chambers, at  Miami-Dade County, Florida this $8$ day

of September,  2008.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

4