UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20455-CR-MARTINEZ/BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE LUIS HERNANDEZ,
DANIEL ABREU, and
RAFAEL SANCHEZ,

        Defendants.
_____/

## MONEY JUDGMENT OF FORFEITURE AGAINST JOSE LUIS HERNANDEZ

THIS CAUSE is before the Court upon the United States' motion for entry of a judgment of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant Jose Luis Hernandez (hereinafter referred to as "defendant"):

1. In the forfeiture allegations of the indictment, the government sought forfeiture of all proceeds traceable to violations of Title 18, United States Code, Sections 2315, 2342, & 371, etc.

2. On August 28, 2008, defendant entered into a plea agreement with the United States and agreed to plead guilty to Count I of the Indictment and the violations of Title 18, United States Code, Sections 2342(a) & 2315.

1

3. In his plea agreement, at page 6, paragraph 12, defendant agreed to the entry of a money judgment of forfeiture for $25,649.00, representing the amount of proceeds obtained by him from the forfeiture allegations of the indictment.

4. The United States has not, as of this date, identified specific assets that were involved in or were traceable to the offenses for which the defendant pled guilty, nor has the United States yet identified any property of the defendant, that could be forfeited as substitute assets in accordance with Title 18, United States Code, Sections 2342(a) & 2315.

5. Rule 32.2(c)(1), Federal Rules of Criminal Procedure, provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Therefore, in consideration of the written plea, upon the motion of the United States and for good cause shown thereby, it is hereby:

ORDERED that:

1. A money judgment in the amount of $25,649.00, is hereby entered against defendant Jose Luis Hernandez , pursuant to 18 U.S.C. § 981(a)(1)(C).

2. Pursuant to Rule 32.2(b)(3), Federal Rules of Criminal Procedure, the judgment of forfeiture will be made a part of the sentence and included in the judgment;

3. The United States may, at anytime, request pursuant to Rule 32.2(e), Federal Rules of Criminal Procedure, to amend the judgment of forfeiture to substitute property having a value not to exceed $25,649.00 to satisfy the money judgment in whole or in part; and

4. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing the judgment.

DONE and ORDERED in Miami-Dade County, Florida, this __8__ day of September 2008.

_____
HONORABLE JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies to
AUSA William H. Beckerleg, 2 certified copies