UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.08-20455-CR-MARTINEZ

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

RAFAEL SANCHEZ,

     Defendant.

_____/

**FUGITIVE NOTICE**

The above listed defendant is hereby transferred to the Clerk's Fugitive File until such time as the defendants is apprehended.

Dated this  9   Day of December, 2009 at Miami, Florida.

STEVEN M. LARIMORE,
CLERK OF COURT

By *Wanda Holston*_____
  DEPUTY CLERK

cc: U.S. Attorney's Office